In re Richard J. MASSEY, Michael J. Powell, Paul A. Mied, Peter Feng, Leopoldo Della Ciana, Walter J. Dressick, and Mohindar S. Poonian.

No. 03–1128.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).